r

**SO ORDERED.**

**SIGNED this 15 day of January, 2009.**

_____
**ROBERT E. LITTLEFIELD, JR.
CHIEF UNITED STATES BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK**
=================================================================
| IN RE: | ORDER |
| | **GRANTING SETTLEMENT** |
| **HORIZON GROUP OF NEW ENGLAND, INC.,** | Bk. No. 07-11394 |
| | **Chapter 11** |
| **Debtor.** | |
=================================================================

**UPON READING AND FILING** the Notice and Motion of Horizon Group of New England, Inc. ("debtor") by and through its attorneys, O'Connell & Aronowitz, P.C., Richard H. Weiskopf, Esq., of counsel, to allow and permit the debtor to settle outstanding claims with the New York State Department of Labor and New York State Dormitory Authority, dated the 4th day of November, 2008,, and the Objection of the National Labor Relations Board ("NLRB"), by and through its attorney, Gregory Lehmann, Esq., Field Attorney, dated 26th day of November, 2008, having been read and filed, and this matter having come before the Court for hearing and determination on the 3rd day of December, 2008, and there appearing William Berglund, Esq. for the debtor, Barbara O'Neill, Esq., for the NLRB in opposition and Kevin Purcell, Esq., Staff Attorney for the United States Trustee, not opposing the Motion, and subsequently adjourned to

the 7th day of January, 2009 with a further hearing scheduled for the 11th day of February, 2009, and the NLRB having withdrawn its opposition, and due deliberation having been had

**NOW**, on motion of O'Connell and Aronowitz, P.C., attorneys for the debtor, it is hereby

**ORDERED**, that the debtor be and it hereby is allowed to settle the claim of the New York State Department of Labor, against the Debtor in the sum of $213,016.31 and to settle the claim of the Debtor against the New York State Dormitory Authority in the sum of $156,246.00 be and it hereby is approved.

###