UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                          Chapter 11

HORIZON GROUP OF NEW ENGLAND, INC.,             Case No. 07-11394 (REL)

                    Debtor.

------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NASSAU  )

Florence Jean-Joseph, being duly sworn, deposes and says:

That I am not a party to this action, am over 18 years of age and reside in the County of Queens in the State of New York;

On September 16, 2009, deponent served a true and correct copy of the **RESPONSE OF TRAVELERS PROPERTY CASUALTY CO. OF AMERICA AND TRAVELERS EXCESS AND SURPLUS LINES CO. TO DEBTOR'S MOTION TO CONFIRM ITS PLAN OF LIQUIDATION AND RESERVATION OF RIGHTS** by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York upon:

See Annexed Service List

                 */s/ Florence Jean-Joseph*
                 Florence Jean-Joseph

Sworn before me this
17th day of September, 2009

*/s/ Phyllis Halpern*
Notary Public, State of New York
No. 4847763
Qualified in Nassau County
Commission Expires March 30, 2011

Service List

Richard H. Weiskopf, Esq.
O'Connell & Aronowitz, PC
54 State Street - 9th Floor
Albany, NY 12207

U.S. Trustee's Office
Diana G. Adams, Esq.
74 Chapel Street, Suite 200
Albany, NY 12207

David C. Dreifuss, Esq.
DREIFUSS BONACCI & PARKER, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07039

Caesar D, Brazza
377 Kearny Ave.
Kearny, NJ 07032

Constructors, Inc.
c/o Franklin W. Heller, Esq,
Damon & Morey LLP
298 Main Street
1000 Cathedral Place
Buffalo, NY 14202

David B. Cotter
Cotter & Cotter, P.C.
5109 Main Street
Williamsville, NY 14221

Kevin Cox
Camardo Law Firm
127 Genesee Street
Auburn,, NY 13021

Gregory K. Holness
Thelen LLP
185 Asylum Street
CityPlace II
Hartford, CT 06103

Swati M. Kothari
NJ Dept. of Law and Public Safety
25 Market St; P0 Box 112
Trenton, NJ 08625-0112

State Of New York
Office Of The Attorney General
120 Broadway
New York, NY 10271