# BARBARUOLO LAW FIRM, P.C.
### ATTORNEYS AT LAW

PAULA M. BARBARUOLO*
BARBARA A. WHIPPLE

*ALSO ADMITTED IN CONNECTICUT

CARRIE A. SCHLEGEL, LEGAL ASSISTANT
APRIL BYERWALTERS, LEGAL ASSISTANT
LINDA J. DELMERICO, LEGAL ASSISTANT

October 9, 2009

Hon. Robert E. Littlefield, Jr.
United States Bankruptcy Court
447 Broadway, Suite 330
Albany, NY 12207

    Re: In Re Horizon Group of New England, Inc.
       Chapter 11; Case No. 07-11394
       Our File No. 384.9299

Dear Judge Littlefield:

  I am confirming that the Court has scheduled a section 105 conference on the above-referenced matter for Friday, October 16, 2009 at 10:00 a.m.

  Thank you for your consideration.

             Respectfully,
             BARBARUOLO LAW FIRM, PC

             Paula M. Barbaruolo

PMB\cas

cc: Richard Weiskopf, Esq.
   Office of the U.S. Trustee

---

12 Cornell Road ♦ Latham ♦ New York 12110 ♦ (518) 782-9100 ♦ Fax (518) 782-9101