**ntcstcnf**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Horizon Group of New England Inc. | ) |
| Debtor(s) | ) |
| Address: | ) Case No. 07–11394–1–rel |
| 122 Old Karner Rd. Albany, NY 12205 | ) Chapter 11 |
| Social Security No(s).: and all Employer's Tax Identification No(s). *[if any]* 14–1663665 | ) |

## NOTICE OF STATUS CONFERENCE

NOTICE IS HEREBY GIVEN that a status conference will be held before the Hon. Robert E. Littlefield, U.S. Bankruptcy Judge, in the above−captioned case, on at , at Suite 306, U.S. Courthouse, 445 Broadway, Albany, New York. Debtor's attendance (through counsel if debtor is represented) is required. Creditor attendance is welcome but not required.

At said status conference, the Court may, among other things, set a deadline for the filing of a plan and disclosure statement. Further, the Court may, for cause shown, sua sponte, order that the case be dismissed or converted to Chapter 7.

At Albany, New York  
Date: 10/9/09

RICHARD G. ZEH, SR.  
Clerk of Court