**SO ORDERED.**

**SIGNED this 28 day of October, 2009.**

_____
**ROBERT E. LITTLEFIELD, JR.
CHIEF UNITED STATES BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK**
==================================================================
**IN RE:**

**HORIZON GROUP OF NEW ENGLAND, INC.,**     **Bk. No. 07-11394**
                                            **Chapter 11**
                          **Debtor.**
==================================================================

## ORDER GRANTING SETTLEMENT

**UPON READING AND FILING** the Notice and Motion of Horizon Group of New England, Inc. ("debtor") by and through its attorneys, O'Connell & Aronowitz, P.C., Richard H. Weiskopf, Esq., of counsel, to allow and permit the debtor to settle outstanding claims with the New Jersey Construction Corporation, n/k/a New Jersey Schools Development Authority, Imperial Construction Group, Inc., Bovis Lend Lease, Inc. and St. Paul Fire and Marine Insurance Company solely in its capacity as surety for the debtor, dated the 6th day of October, 2009, and proof of due service of the Notice and motion having been read and filed, and this matter having come before the Court for hearing and determination on the 28th day of October,

2009, and there appearing Richard H. Weiskopf, Esq., attorney for the debtor in support of the application and no opposition being interposed, and due deliberation having been had

**NOW**, on motion of O'Connell and Aronowitz, P.C., attorneys for the debtor, it is hereby

**ORDERED**, that the debtor is allowed to settle the claims of New Jersey Schools Construction Corporation n/k/a New Jersey Schools Development Authority, Imperial Construction Group, Inc., Bovis Lend Lease, Inc. and St. Paul Fire and Marine Insurance Company solely in its capacity as surety for the debtor, in the sum of $2,500,000.00 (School Development Authority) and $137,000.00, (Imperial and Bovis) for a total settlement of $2,637,000.00, and the settlement be and it hereby is approved.

###