# O'CONNELL ANDARONOWITZ
ATTORNEYS AT LAW

54 STATE STREET, ALBANY, NEW YORK 12207-2501
(518) 462-5601 FAX: (518) 462-2670
www.oalaw.com info@oalaw.com

206 WEST BAY PLAZA, PLATTSBURGH, NEW YORK 12901
(518) 562-0600 FAX: (518) 562-0657



November 18, 2009

EDWARD J. O'CONNELL 1925-39
SAMUEL E. ARONOWITZ 1925-73
LEWIS A. ARONOWITZ 1951-79

CORNELIUS D. MURRAY
NEIL H. RIVCHIN
PETER DANZIGER
FRED B. WANDER
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
WILLIAM A. FAVREAU
THOMAS J. DiNOVO
NANCY SCIOCCHETTI
PAMELA A. NICHOLS
MARK G. RICHTER
DONALD W. BIGGS
JAMI DURANTE ROGOWSKI
TINA CHERICONI VERSACI
HEIDI DENNIS
ANDREW R. SAFRANKO
JANE BELLO BURKE
TIMOTHY S. HART
KEVIN P. HICKEY

OF COUNSEL

RICHARD H. WEISKOPF
MICHAEL P. McDERMOTT
DAVID R. ROSS
JAMES A. SHANNON

KURT E. BRATTEN
WILLIAM F. BERGLUND
ROBYN B. EISEN
KELLY J. MIKULLITZ
KATHRYN E. JERIAN
SARA B. FEDELE
ERIN R. MINDORO
CHARLES C. DUNHAM IV
DEAN C. SCHNELLER
DANIEL W. BRENNAN

FRANCESCA SOMMER*
(HEALTH CARE AND
REGULATORY ADVISOR)
*NOT A MEMBER OF THE LEGAL
PRACTICE

Hon. Robert E. Littlefield, Jr.
U.S. Bankruptcy Court
Northern District of New York
James T. Foley U.S. Court House
445 Broadway
Albany, New York 12207-2928

    Re:    **Horizon Group of New England, Inc.**
            **Bk. No. 07-11394**
            **Chapter 11**

Dear Judge Littlefield:

    I have received the limited opposition papers from the attorneys for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company of America. Please be advised that I concur in the assessment that I overstated the amount of money to be paid to Special Counsel. My application was erroneous in that I did not incorporate the State Court provision that the fees were to be set in the sum indicated in the limited objection and the disbursement which were to be reimbursed along with the set aside. Accordingly, please view my application for Chris Georgoulis, Esq. to be in the amount set forth in the limited objection and I will only seek that relief at the time that the motion is heard.

                                    Respectfully yours,

                                    O'CONNELL AND ARONOWITZ

                                    By: *[signature]*
                                    RICHARD H. WEISKOPF
                               Email – rweiskopf@oalaw.com

RHW/eml
cc: U.S. Trustee